UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: SODERSTROM, BRETT JAMES § Case No. 08-74188
       SODERSTROM, ANN-MARIE JOY §
                                 §
                                 §
Debtors                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,000.40 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 4,000.40 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Stephen G. Balsley | $ 1,000.10 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 1,150.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,841.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | State Farm Bank | $ 1,367.87 | $ 286.28 |
| 2 | Discover Bank/DFS Services LLC | $ 7,473.16 | $ 1,564.02 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*             *Allowed Amt. of Claim*    *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*    *Claimant*             *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/26/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/28/2009          By: /s/STEPHEN G. BALSLEY
                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores               Page 1 of 1                  Date Rcvd: Jul 30, 2009
Case: 08-74188                Form ID: pdf006             Total Noticed: 19

The following entities were noticed by first class mail on Aug 01, 2009.
db/jdb       +Brett James Soderstrom,   Ann-Marie Joy Soderstrom,   5684 Geneva Court,   Roscoe, IL 61073-6907
aty          +Gary C Flanders,   1 Court Place Suite 201,   Rockford, IL 61101-1088
tr           +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
13003510     +Alan Soderstrom,   212 Richard Street,   Geneva, IL 60134-1256
13028894      Andrew J Nelson,   Pierce & Associates P C,   1 orth Dearborn, Suite 1300,   Chicago, IL 60602
13003511      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
13003512     +Capital One,   c/oFreedman,Anselmo, Lindberg&Rappe,   1807 W. Diehl Rd Ste 333 POB 3228,
               Naperville, IL 60566-3228
13003513      Capital One Bank,   c/o United Recovery Systems,   P.O. Box 722929,   Houston, TX 77272-2929
13003514     +Capital One Bank,   c/o James A. West, PC,   6380 Rogerdale Road Suite 130,
               Houston, TX 77072-1647
13003516      Discover Card,   c/o Baker & Miller, P.C.,   29 N. Wacker Drive 5th Floor,
               Chicago, IL 60606-2854
13003517     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   P.O. Box 630778,   Cincinnati, OH 45263-0778)
13003518     +Members Alliance Credit Union,   2550 South Alpine Road,   Rockford, IL 61108-7890
13466791     +Membersalliance Credit Union,   c/o Reilly Law Offices,   6801 Spring Creek Road, Suite 2D,
               Rockford, IL 61114-7420
13543113      State Farm Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13003519      State Farm Bank,   P.O. Box 23025,   Columbus, GA 31902-3025
13003520      State Farm Bank,   P.O. Box 2326,   Bloomington, IL 61702-2326
13003521     +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
The following entities were noticed by electronic transmission on Jul 31, 2009.
13578980      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 31 2009 04:15:38
               Discover Bank/DFS Services LLC,   P.O. Box 3025,   New Albany, OH 43054-3025
13003515      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 31 2009 04:15:38      Discover Card,
               P.O. Box 3025,   New Albany, OH 43054-3025
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2009**                    **Signature:**   *Joseph Speetjens*