# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: SODERSTROM, BRETT JAMES | § | Case No. 08-74188 |
| SODERSTROM, ANN-MARIE JOY | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $242,475.00 | Assets Exempt: $65,175.00 |
| Total Distribution to Claimants: $1,850.30 | Claims Discharged Without Payment: $63,290.73 |
| Total Expenses of Administration: $2,150.10 | |

3) Total gross receipts of $    4,000.40   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $4,000.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $135,000.00 | $40,443.83 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,150.10 | 2,150.10 | 2,150.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 56,300.00 | 8,841.03 | 8,841.03 | 1,850.30 |
| **TOTAL DISBURSEMENTS** | $191,300.00 | $51,434.96 | $10,991.13 | $4,000.40 |

4) This case was originally filed under Chapter 7 on December 30, 2008. . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2009          By: /s/STEPHEN G. BALSLEY
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Jeep Liberty | 1129-000 | 4,000.00 |
| Interest Income | 1270-000 | 0.40 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Membersalliance Credit Union | 4110-000 | N/A | 40,443.83 | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | 4110-000 | 129,000.00 | N/A | N/A | 0.00 |
| Fifth Third Bank | 4210-000 | 6,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$135,000.00** | **$40,443.83** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 1,000.10 | 1,000.10 | 1,000.10 |
| Stephen G. Balsley | 3110-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,150.10 | 2,150.10 | 2,150.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State Farm Bank | 7100-000 | N/A | 1,367.87 | 1,367.87 | 286.28 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 7,473.16 | 7,473.16 | 1,564.02 |
| Capital One | 7100-000 | 11,300.00 | N/A | N/A | 0.00 |
| Alan Soderstrom | 7100-000 | 45,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| TOTAL GENERAL UNSECURED CLAIMS | 56,300.00 | 8,841.03 | 8,841.03 | 1,850.30 |

UST Form 101-7-TDR (9/1/2009)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-74188  
Case Name: SODERSTROM, BRETT JAMES  
SODERSTROM, ANN-MARIE JOY  
Period Ending: 10/13/09

Trustee: (330410) STEPHEN G. BALSLEY  
Filed (f) or Converted (c): 12/30/08 (f)  
§341(a) Meeting Date: 01/28/09  
Claims Bar Date: 05/05/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5684 Geneva Court, Roscoe, Illinois | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - Members Alliance Credit Union | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account - Stillman Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account - Associated Bank | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings account - Members Alliance Credit Union | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Coin collection | 150.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Three firearms | 800.00 | 0.00 | DA | 0.00 | FA |
| 12 | Camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 13 | Fishing tackle | 50.00 | 0.00 | DA | 0.00 | FA |
| 14 | Exercise equipment | 20.00 | 0.00 | DA | 0.00 | FA |
| 15 | Camping gear | 100.00 | 0.00 | DA | 0.00 | FA |
| 16 | State Farm life insurance (husband beneficiary) | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | State Farm life insurance (wife is beneficiary) | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Life insurance with death benefit only | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | 403(b) | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | 401(k) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | Pension monthly benefits upon retirement | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | ESOP | 300.00 | 0.00 | DA | 0.00 | FA |
| 23 | Savings bonds | 200.00 | 0.00 | DA | 0.00 | FA |
| 24 | Estimate of 2008 prorated tax refund | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 2007 Ford Taurus | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2003 Jeep Liberty | 6,000.00 | 4,000.00 | | 4,000.00 | FA |
| 27 | Three rabbits | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | Hand and power tools | 90.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-74188  
Case Name: SODERSTROM, BRETT JAMES  
  SODERSTROM, ANN-MARIE JOY  
Period Ending: 10/13/09

Trustee:     (330410)    STEPHEN G. BALSLEY  
Filed (f) or Converted (c):    12/30/08 (f)  
§341(a) Meeting Date:    01/28/09  
Claims Bar Date:    05/05/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29 | Lawn mower | 75.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.40 | FA |
| 30 | Assets    Totals (Excluding unknown values) | $248,475.00 | $4,000.00 |  | $4,000.40 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    June 15, 2009          Current Projected Date Of Final Report (TFR):    June 4, 2009  (Actual)

Printed: 10/13/2009 01:27 PM    V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-74188 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | SODERSTROM, BRETT JAMES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SODERSTROM, ANN-MARIE JOY | | Account: | ***-*****47-65 - Money Market Account |
| Taxpayer ID #: | 54-6931437 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/13/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/09 | {26} | David Rehfeldt | Purchase of Jeep | 1129-000 | 4,000.00 | | 4,000.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 4,000.08 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.24 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.39 |
| 06/01/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.01 | | 4,000.40 |
| 06/01/09 | | To Account #********4766 | Transfer funds from MMA to checking account | 9999-000 | | 4,000.40 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 4,000.40 | 4,000.40 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,000.40 | |
| **Subtotal** | **4,000.40** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,000.40** | **$0.00** | |

{} Asset reference(s)                                Printed: 10/13/2009 01:27 PM    V.11.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-74188 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | SODERSTROM, BRETT JAMES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SODERSTROM, ANN-MARIE JOY | | Account: | ***-*****47-66 - Checking Account |
| Taxpayer ID #: | 54-6931437 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/13/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/09 | | From Account #********4765 | Transfer funds from MMA to checking account | 9999-000 | 4,000.40 | | 4,000.40 |
| 08/26/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $1,150.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,150.00 | 2,850.40 |
| 08/26/09 | 102 | Stephen G. Balsley | Dividend paid 100.00% on $1,000.10, Trustee Compensation; Reference: | 2100-000 | | 1,000.10 | 1,850.30 |
| 08/26/09 | 103 | State Farm Bank | Dividend paid 20.92% on $1,367.87; Claim# 1; Filed: $1,367.87; Reference: 4633 | 7100-000 | | 286.28 | 1,564.02 |
| 08/26/09 | 104 | Discover Bank/DFS Services LLC | Dividend paid 20.92% on $7,473.16; Claim# 2; Filed: $7,473.16; Reference: 5795 | 7100-000 | | 1,564.02 | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,000.40 | 4,000.40 | $0.00 |
| Less: Bank Transfers | 4,000.40 | 0.00 | |
| Subtotal | 0.00 | 4,000.40 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,000.40 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****47-65 | 4,000.40 | 0.00 | 0.00 |
| Checking # ***-*****47-66 | 0.00 | 4,000.40 | 0.00 |
| | $4,000.40 | $4,000.40 | $0.00 |

**JPMorganChase** 

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 01, 2009 through September 30, 2009
Account Number: ███████

**CUSTOMER SERVICE INFORMATION**

Service Center: ███████

```
00018251 DBI 802 24 27409 - NNNNN  1 000000000 60 0000
```

08-74188 SODERSTROM BRETT JAMES
SODERSTROM ANN-MARIE JOY DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $286.28 |
| Checks Paid | 1 | - 286.28 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 103 | 09/02 | $286.28 |
| **Total Checks Paid** |  | **$286.28** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/02 | $0.00 |

*10/19/09* (handwritten)

Page 1 of 2

# JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

July 01, 2009 through July 31, 2009
Account Number: ▬▬▬▬▬▬

## CUSTOMER SERVICE INFORMATION

Service Center: ▬▬▬▬▬



00018059 DBI 802 24 21509 - NNNNN  6 000000000 60 0000
08-74188 SODERSTROM BRETT JAMES
SODERSTROM ANN-MARIE JOY DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## SAVINGS SUMMARY | Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $0.40 |

This account earns interest daily and the current interest rate is 0.05%.

The total interest paid this year is $0.40.

Page 1 of 1